IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 6:20-cv-546-ADA |
| **ELLIOTT ELECTRIC SUPPLY, INC.** | § § § | |
| **Defendant.** | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant Elliott Electric Supply, Inc. ("Elliott" or "Defendant") files this unopposed motion for extension of time to answer or otherwise plea in response to Plaintiff's Complaint for Patent Infringement (ECF 1) filed on June 17, 2020 by Plaintiff Lexington Luminance LLC ("Plaintiff").  In support of this motion, Defendant respectfully shows the Court as follows:

1. On June 17, 2020, Plaintiff filed Plaintiff's Complaint for Patent Infringement (ECF 1).

2. Per prior agreement with Plaintiff, and this Court's order entered on July 12, 2020 Defendant's current deadline to answer or otherwise plead in response to the Plaintiff's Complaint for Patent Infringement is July 31, 2020 (ECF 6).

3. Defendant respectfully requests ten (10) days (*i.e.*, until August 10, 2020) to answer or otherwise plead in response to Plaintiff's Complaint for Patent Infringement.

4. Plaintiff is <u>unopposed</u> to the relief sought by way of this motion.

5. The requested extension of time will not affect any other Court deadlines.

6. This motion is not sought for purposes of delay, but only so justice may be done.

7.  For the foregoing reasons, Defendant respectfully requests that the Court grant this unopposed motion for extension of time, and extend until August 10, 2020 the deadline for Defendant to answer or otherwise plead in response to Plaintiff's Complaint for Patent Infringement.

Dated: July 30, 2020                                        Respectfully submitted,

/s/ Sara Schretenthaler Staha
Robert S. Hill (application forthcoming)
   Texas Bar No. 24050764
   Robert.Hill@hklaw.com
Sara Schretenthaler Staha
   Texas Bar No. 24088368
   Sara.Staha@hklaw.com
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX  75201
(214) 964-9500 (telephone)
(214) 964-9501 (facsimile)

Allison M. Lucier (*pro hac vice* forthcoming)
   Massachusetts Bar No. 569193
   Allison.Lucier@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue
11th Floor
Boston, MA  02116
(617) 305-2132 (telephone)
(617) 523-6850 (facsimile)

**ATTORNEYS FOR DEFENDANT ELLIOTT ELECTRIC SUPPLY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served July 30, 2020, to all counsel of record, via electronic mail and via ECF.

/s/ Sara Schretenthaler Staha
Sara Schretenthaler Staha