IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LEXINGTON LUMINANCE LLC | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 6:20-cv-546-ADA |
| ELLIOTT ELECTRIC SUPPLY, INC. | § § § | |
| *Defendant.* | § | |

## ORDER

Came on for consideration the unopposed motion of Defendant Elliott Electric Supply, Inc. ("Defendant") for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint for Patent Infringement [ECF 1] filed on June 17, 2020 by Lexington Luminance LLC ("Plaintiff"). The Court, after having considered the motion, the record, and applicable authorities, and noting that Plaintiff is unopposed to the relief sought by the motion, concludes that the motion should be granted. Therefore,

The Court ORDERS that Defendant's motion for extension of time be, and is hereby, GRANTED, and that the deadline for Defendant to answer or otherwise plead in response to the Plaintiff's Complaint for Patent Infringement be, and is hereby, extended until August 10, 2020.

THE COURT SO ORDERS.

Signed this ___ day of July, 2020.

_____
JUDGE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE